IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No.  3:15cr13/MCR

MARCOS ANTONIO MEDEROS-JIMENEZ
_____

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

Defendant, by consent, appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a plea of guilty to Count I of the Indictment.  After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that Defendant be adjudicated guilty and have sentence imposed accordingly.


Dated: May 12, 2015            /s/ *Elizabeth M. Timothy*
                               **ELIZABETH M. TIMOTHY**
                               **CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE

Any objections to these proposed findings and recommendations must be filed within twenty four (24) hours after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**